1  JAMES M. WAGSTAFFE (95535)
   wagstaffe@kerrwagstaffe.com
2  ADRIAN J. SAWYER (203712)
   sawyer@kerrwagstaffe.com
3  BRADY R. DEWAR (252776)
   dewar@kerrwagstaffe.com
4  **KERR & WAGSTAFFE LLP**
   101 Mission Street, 18th Floor
5  San Francisco, CA 94105–1727
   Telephone: (415) 371-8500
6  Fax: (415) 371-0500

7  Attorneys for Defendant
   ROUSE PROPERTIES, INC.
8
   David R. Simon (SBN 145197)
9  **SIMON LAW GROUP**
   3843 S. Bristol St., Ste. 294
10 Santa Ana, CA 92704
   Ph. (714) 975-1728
11
   Bryan W. Pease (SBN 239139)
12 **LAW OFFICE OF BRYAN W. PEASE**
   302 Washington St., #404
13 San Diego, CA 92103
   Ph. (619) 723-0369
14
   Attorneys for Plaintiff
15 ANIMAL PROTECTION AND RESCUE
   LEAGUE, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE, INC., a California non-profit corporation, | Case No. 2:15-cv-01496-JAM-AC |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | [Federal Rule of Civil Procedure 41(a)(1)(A)(ii)] |
| ROUSE PROPERTIES, INC., a Delaware corporation, and DOES 1-10, | |
| Defendants. | |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and by reason of the parties'
2  settlement of the action, Plaintiff Animal Protection and Rescue League, Inc. and Defendant
3  Rouse Properties, Inc., by and through their attorneys of record, hereby stipulate to, and move
4  this Court for, an order dismissing the above-entitled action with prejudice.  The United States
5  District Court for the Eastern District of California shall retain jurisdiction to enforce the
6  settlement agreement of the parties.
7  **IT IS SO STIPULATED.**

9  Dated:                              SIMON LAW GROUP

11                                     By: _____
                                           David R. Simon
12                                         Attorneys for Plaintiff
                                           ANIMAL PROTECTION AND RESCUE
13                                         LEAGUE, INC.

15  Dated:                             KERR & WAGSTAFFE LLP

17                                     By: _____
                                           Adrian J. Sawyer
                                           Attorneys for Defendant
18                                         ROUSE PROPERTIES, INC.

## ORDER

Pursuant to the terms of the foregoing Stipulation and good cause shown, **IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE.** The United States District Court for the Eastern District of California shall retain jurisdiction to enforce the settlement agreement of the parties.

Dated:  1/19/2016

/s/ John A. Mendez
The Honorable John A. Mendez
United States District Court Judge